**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  KIMBERLY L. BROWN                                        Case Number: 06-72321
        304 N. INDEPENDENCE AVENUE, #4    SSN-xxx-xx-5549
        ROCKFORD, IL  61101

                                                                 Case filed on:     12/7/2006
                                                                 Plan Confirmed on:
                             U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $500.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 247.12 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 247.12 | 0.00 |
| 029 | KIMBERLY L. BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ROCKFORD AUTO MALL | 1,000.00 | 1,000.00 | 211.73 | 10.27 |
|  | Total Secured | 1,000.00 | 1,000.00 | 211.73 | 10.27 |
| 001 | ROCKFORD AUTO MALL | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ACCOUNT CONTROL TECHNOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASHLEY VALLEY MEDICAL CENTER | 261.97 | 261.97 | 0.00 | 0.00 |
| 005 | MAFCU | 255.58 | 255.58 | 0.00 | 0.00 |
| 006 | C 1 PROFESSIONAL TRAINING CENTER | 5,395.00 | 5,395.00 | 0.00 | 0.00 |
| 007 | CAC OF ROCKFORD | 9,415.71 | 9,415.71 | 0.00 | 0.00 |
| 008 | CHECK IT | 89.44 | 89.44 | 0.00 | 0.00 |
| 009 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CERDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | E-Z CASH CENTER | 544.48 | 544.48 | 0.00 | 0.00 |
| 012 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MEDICAL-DENTAL-HOSPITAL BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 1,666.98 | 1,666.98 | 0.00 | 0.00 |
| 019 | PORTFOLIO RECOVERY ASSOCIATES | 349.69 | 349.69 | 0.00 | 0.00 |
| 020 | ROCKFORD HEALTH PHYSICIANS | 204.00 | 204.00 | 0.00 | 0.00 |
| 021 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 756.05 | 756.05 | 0.00 | 0.00 |
| 023 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SUNBELT CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | THE NEW YORK TIMES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | UTAH STATE LIQUOR STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ECMC | 233.80 | 233.80 | 0.00 | 0.00 |
|  | Total Unsecured | 19,172.70 | 19,172.70 | 0.00 | 0.00 |
|  | Grand Total: | 21,372.70 | 21,372.70 | 458.85 | 10.27 |

Total Paid Claimant:     $469.12
Trustee Allowance:       $30.88         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  11/30/2007        By  /s/Heather M. Fagan